UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHAYA EIDELMAN, *on behalf of himself and others similarly situated*,

                Plaintiff,           16 **CIVIL** 3914 (NSR)

      -against-                **JUDGMENT**

THE SUN PRODUCTS CORPORATION & COSTCO WHOLESALE CORPORATION,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2021, Defendants' motion for summary judgment is GRANTED and Plaintiff's cross-motion for partial summary judgment is DENIED. Judgment is entered in favor of Defendants, and the case is closed.

**Dated:** New York, New York
          March 30, 2021

                                        **RUBY J. KRAJICK**
                                            **Clerk of Court**
                        **BY:**
                                            **Deputy Clerk**