UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/27/2022__
```

SHAYA EIDELMAN,

                Plaintiff,

  -against-

THE SUN PRODUCTS CORPORATION and
COSTCO WHOLESALE CORPORATION,

                Defendants.

16-CV-03914 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

      Shaya Eidelman ("Plaintiff") brings this proposed class action against the Sun Products Corporation and Costco Wholesale Corporation (together, "Defendants"), alleging violations of New York's General Business Law §§ 349 and 350 and unjust enrichment. On March 30, 2021, the Court issued an Opinion and Order granting Defendants' motion for summary judgment and denying Plaintiff's cross-motion for partial summary judgment. (ECF No. 105.) On April 26, 2021, Plaintiff filed a Notice of Appeal. (ECF No. 111.) On June 6, 2022, the Second Circuit issued an Order affirming in part, reversing in part, and vacating in part the Court's Opinion and Order. (ECF No. 118.) Therefore, it is

      ORDERED, that the Clerk of Court reopen this case as to the Sun Products Corporation and Costco Wholesale Corporation. The parties are directed to appear for a telephonic pre-trial conference on July 15, 2022 at 3PM.

To access the telephonic conference, please follow these instructions: (1) Dial the meeting number: (877) 336-1839; (2) enter the Access Code: 1231334#; (3) press pound (#) to enter the conference as a guest.

Dated: June 27, 2022
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge