**MEMO ENDORSED**

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: ___7/13/2022___

WRITER'S DIRECT DIAL NO.
**(212) 849-7228**

WRITER'S EMAIL ADDRESS
lukenikas@quinnemanuel.com

July 13, 2022

**VIA FAX**
Hon. Nelson S. Román
United States Courthouse
300 Quarropas Street
White Plains, NY 10601
Fax: (914) 390-4179

Re: *Eidelman v. The Sun Products Corp. and Costco Wholesale Corp.*,
Civ. No. 7:16-cv-03914-NSR (S.D.N.Y.)

Dear Judge Román:

I write on behalf of Defendants to request an adjournment of the pre-trial conference scheduled for this Friday, July 15, 2022, in the above matter. (Dkt. No. 119.) This is the first request to adjourn the conference. Plaintiff's counsel consents to this request. The reason for the request is that I have just been retained this week to represent Defendants and will be substituting in place of the Defendants' current counsel. The additional time is necessary to adequately review the file and prepare to address the matters that we anticipate will arise at the conference. I have conferred with Plaintiff's counsel, and we are both available to attend a conference on the following dates: July 29, August 5, or August 11.

Respectfully submitted,

*/s/ Luke Nikas*

Luke Nikas

Defts' request to adjourn the telephonic Pretrial Conf. from July 15, 2022 until July 29, 2022 at 10:00 am is GRANTED without objection by Pltf. Counsel are directed to the Court's Order at ECF No. 119 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 123.
Dated: White Plains, NY
July 13, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH